UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR 0 3 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| SALIM KHAN, a/k/a Maung Zaw Min Than, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about December 13, 2006, within the Eastern District of Missouri,

**SALIM KHAN
a/k/a Maung Zaw Min Than,**

the defendant herein, did knowingly and falsely and with an intent to deceive, and for the purpose of obtaining title insurance for property at 1925 Allen Street, St. Louis, Missouri 63104, used a social security account number assigned to him by the Commissioner of the Social Security Administration; such number assigned to defendant by the Commissioner based on false information furnished by the defendant.

In violation of Title 42, United States Code, Section 408(a)(7)(A), and punishable under Title 42, United States Code, Section 408(a).

## COUNT II

The Grand Jury further charges that:

On or about October 3, 2005, within the Eastern District of Missouri,

**SALIM KHAN**
**a/k/a Maung Zaw Min Than,**

the defendant herein, did knowingly attempt to procure his own naturalization, contrary to law,

that is in violation of Title 18, United State Code, Section 1015(a) by knowingly making a

false statement under oath in a proceeding relating to naturalization,

and did knowingly attempt to procure naturalization when he was not entitled thereto.

In violation of, and punishable under, Title 18, United States Code, Sections 1425(a) and (b).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JOHN J. WARE, #11644
Assistant United States Attorney